Lawrence E. PALMER, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2010–7054.

United States Court of Appeals,
Federal Circuit.

May 25, 2011.

Before RADER, Chief Judge, LOURIE
and O'MALLEY, Circuit Judges.

**ON MOTION**

RADER, Chief Judge.

**ORDER**

The Secretary of Veterans Affairs moves
without opposition to vacate the judgment
of the United States Court of Appeals for
Veterans Claims and to remand for further
proceedings.

The appellant filed a notice of appeal
with the Court of Veterans Claims more
than 120 days after the Board of Veterans'
Appeals mailed its decision in his case.
That court dismissed the appeal as untime-
ly, concluding that the 120–day appeal pe-
riod established by 38 U.S.C. § 7266(a) for
seeking review of Board of Veterans' Ap-
peals decisions is jurisdictional and not
subject to equitable tolling. The appellant
sought this court's review.

This court stayed the briefing schedule
in this appeal pending the United States
Supreme Court's review of our decision in
*Henderson v. Shinseki*, 589 F.3d 1201
(Fed.Cir.2009) (en banc) (affirming Court
of Appeals for Veterans Claims determina-
tion that period to appeal to that court is
not subject to equitable tolling). In
*Henderson ex rel Henderson v. Shinseki*,
—— U.S. ——, 131 S.Ct. 1197, 179 L.Ed.2d
159 (2011), the Supreme Court reversed
this court's decision and concluded that the
120–day deadline for filing an appeal with
the Court of Appeals for Veterans Claims
does not have jurisdictional consequences.
Because the Court of Appeals for Veterans
Claims erred in concluding that the appeal
deadline established by § 7266(a) is juris-
dictional, we vacate the Court of Appeals
for Veterans Claims' judgment and re-
mand for further proceedings.

Accordingly,

It Is Ordered That:

(1) The motion is granted. The judgment is vacated and the case is remanded for further proceedings.

(2) All sides shall bear their own costs.